**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NARBEH MARTUSSIAN,<br><br>    Plaintiff,<br><br>    v.<br><br>OSM SRI RAM HOSPITALITY, INC.,<br><br>    Defendant. | Case No.: 1:15-cv-01503 DAD JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 10) |

On January 7, 2016, the parties notified the Court they have reached an agreement to resolve the matter. (Doc. 10) Counsel report they will finalize the settlement and dismiss the action within 45 days. Id. Therefore, based upon the stipulation, the Court **ORDERS**:

1. The stipulated request for dismissal **SHALL** be filed no later than **February 26, 2016**.
2. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED.**

IT IS SO ORDERED.

Dated:   **January 8, 2016**                         **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE